UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | | |
|---|---|---|
| TIMMY ALLEN DAVIS | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:14-1416 |
| | ] | Judge Trauger |
| DR. MATTHEWS, et al. | ] | |
| Defendants. | ] | |


**M E M O R A N D U M**


The plaintiff, proceeding *pro se*, is an inmate at the Turney
Center Industrial Prison in Only, Tennessee. He brings this action
pursuant to 42 U.S.C. § 1983 against Dr. Matthews, a physician at
the Wilson County Jail; Southern Health Partners, presumably the
health care provider for inmates at the Wilson County Jail; and the
Wilson County Sheriff's Department; seeking damages.

While the plaintiff was an inmate at the Wilson County Jail,
he developed "an ear problem". He claims that he was denied
adequate medical care for that problem from November, 2012 till
January, 2013.

The complaint arrived in the Clerk's Office on July 2, 2014.
The plaintiff's claims arose when he was confined in the Wilson
County Jail prior to his transfer in January, 2013. Thus, it
appears that this action is time-barred by the one year statute of
limitations imposed upon civil rights claims brought in Tennessee.

Merriweather v. City of Memphis, 107 F.3d 396, 398 (6th Cir.1997).

Nothing in the complaint suggests that the statute should be tolled

so as to permit the untimely filing of the complaint. The Court,

therefore, concludes that the plaintiff has failed to state a claim

upon which relief can be granted because this action is untimely.

Dellis v. Corrections Corp. of America, 257 F.3d 508, 511 (6th

Cir.2001)(*sua sponte* dismissal of an untimely prisoner complaint is

appropriate). Under such circumstances, the Court is obliged to

dismiss the complaint. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.


_____
Aleta A. Trauger
United States District Judge